MOTION #6 - ALBANY MOTION DAY - 8/8/05
HONORABLE THOMAS J. McAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     M. Price
STENO:     B. Buckley
LC    :    S. Eisenberg

10:00 AM     Court meets.

6. COLLEGE STANDARD MAGAZINE, et al

    V.                                          1:03-CV-505

STATE UNIVERSITY OF NEW YORK,
UNIVERSITY AT ALBANY, et al

1. PLTFS MOTION FOR RECONSIDERATION OF [78] BENCH DECISION [80] - **GRANTED.**

2. DEFT STATE ASSOC. CROSS MOTION FOR RECONSIDERATION OF [78] BENCH DECISION [83] - **DENIED/MOOT; Atty Marcelle directed to submit proposed order w/in 11 days.**

APPEARANCES:     <u>THOMAS MARCELLE, ESQ</u>. FOR PLTFS

                             NO APPEARANCE on behalf of Deft Student Association

11:00 AM     Court stands adjourned.