THE UNITED STATES DISTRICT COURT
FOR
THE NORTHERN DISTRICT OF NEW YORK

---

COLLEGE STANDARD MAGAZINE, JEFFREY SCOTT BAREA, and JULIEN A.M.

STARR, Plaintiffs,

-against-   NO. 03-CV-0505 (TJM)



THE STUDENT ASSOCIATION OF THE STATE UNIVERSITY OF NEW YORK AT

ALBANY, Defendant.

---

### ORDER

The plaintiffs College Standard Magazine, Jeffrey Scott Barea, and Julien A.M. Starr having made a motion for reconsideration of the Court's denial of plaintiffs' motion summary judgment and the defendant Student Association of the State University of New York at Albany having made a cross-motion for reconsideration summary judgment of the Court's denial of defendant's motion summary judgment, and the case having come on before me at a regular motion day of the United States District Court, Northern District of New York, held at the United States Courthouse, 445 Broadway, Albany, New York at 10:00 a.m. on August 8, 2005, and the Court having

considered all the papers and proceedings and arguments of the attorneys herein, it is hereby

**ORDERED** that upon reconsideration, the Court grants plaintiffs' motion for summary judgment for the reasons set forth in the Court's bench opinion rendered on August 8, 2005; and it is further

**ORDERED** that the Court denies defendant motion for reconsideration.

Dated: ~~August~~ Sept. 3, 2005

HON. THOMAS J. McAVOY
Senior United States
District Court Judge